```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KENNY GORIS,                                                           :
                                                                       :
                              Plaintiff,                               :
                                                                       :
              -v-                                                      :   25 Civ. 1532 (JPC)
                                                                       :
DELOITTE,                                                              :        ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff's May 20, 2025 letter indicated his intention to "amend the complaint to withdraw Plaintiff's hostile work environment claim." Dkt. 14 at 1. The Court's May 21, 2025 Order set a deadline of May 28, 2025 for Plaintiff to file any Amended Complaint. That deadline has passed and the docket does not reflect the filing of any Amended Complaint. The Court *sua sponte* extends Plaintiff's deadline to May 30, 2025. If no Amended Complaint is filed by that date, the parties shall proceed to brief the motion to dismiss as against the operative Complaint in accordance with the schedule set forth in the Court's May 21 Order.

SO ORDERED.

Dated: May 29, 2025  
      New York, New York

                                                JOHN P. CRONAN  
                                            United States District Judge