

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

lgesinsky@seyfarth.com
T (212) 218-5557

www.seyfarth.com

May 30, 2025

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re:    Kenny Goris v. Deloitte, Case No.: 1:25-cv-01532-JPC**

Dear Judge Cronan:

We represent Defendant Deloitte Transactions and Business Analytics LLP ("DTABA") (improperly named as "Deloitte") in the above referenced matter. Consistent with Rule 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, the parties jointly request extensions of time to file DTBA's Motion to Dismiss Plaintiff Kenny Goris' Amended Complaint and Plaintiff's Reply.

Your Honor's May 21, 2025 Order set a deadline of June 18, 2025 for DTABA to file any motion to dismiss, July 9, 2025 for Plaintiff's opposition, and July 23, 2025 for DTABA's reply. (ECF No. 15). The requested extensions would give DTABA through July 2, 2025 to file a motion to dismiss, plaintiff through July 23, 2025 to file an opposition, and DTABA through August 6, 2025 to file a reply. DTABA makes this request in good faith, and not for purposes of delay, so that it has sufficient time to investigate the Amended Complaint's allegations and prepare an appropriate response; and Plaintiff requests a commensurate extension of its time for opposition.

DTABA previously made one request for an extension, which Your Honor granted. (ECF No. 7).

Thank you for your consideration.

---

*The request is granted. Defendant's motion to dismiss the Amended Complaint is due by July 2, 2025. Plaintiff's opposition is due by July 23, 2025. Any reply is due by August 6, 2025. The Court notes that neither party has moved to stay discovery in this case. The parties shall file a proposed civil Case Management Plan and Scheduling Order by June 6, 2025. A model order can be found at https://www.nysd.uscourts.gov/hon-john-p-cronan.*

*The Clerk of Court is respectfully directed to close Docket Number 18.*
*SO ORDERED.*
*Date: May 31, 2025*
*New York, New York*

JOHN P. CRONAN
United States District Judge

318140059v.2