UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                :

KENNY GORIS,                         :

                Plaintiff,        :

           -v-                 :             25 Civ. 1532 (JPC)

                                  :

DELOITTE,                       :                 ORDER

                                  :

               Defendant.     :

                                  :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons stated in this morning's teleconference, the Court dismisses with prejudice the Second Amended Complaint's claims of retaliation in violation of the Americans with Disabilities Act, the New York State Human Rights Law, the New York City Human Rights Law, and the Uniformed Services Employment and Reemployment Rights Act.  *See* Dkt. 31 ¶¶ 39-42.

       SO ORDERED.

Dated: May 15, 2026
       New York, New York                          JOHN P. CRONAN
                                         United States District Judge