**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

lgesinsky@seyfarth.com
T (212) 218-5557

www.seyfarth.com

June 15, 2026

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re: <u>Kenny Goris v. Deloitte, Case No.: 1:25-cv-01532-JPC</u>**

Dear Judge Cronan:

We represent Defendant Deloitte Transactions and Business Analytics LLP ("DTABA") (improperly named as "Deloitte") in this matter.  We write on behalf of both parties, with Plaintiff's permission, pursuant to the Court's May 15, 2026 Order, directing the parties to file a joint status letter.

In brief, the parties are pleased to report that they have reached an agreement-in-principle to resolve the matter.  However, the agreement has not yet been finalized.  Accordingly, the parties request an additional thirty (30) days to finalize a resolution of this litigation.

Respectfully submitted,

SEYFARTH SHAW LLP

Loren Gesinsky

326588078v.1